IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MURPHY OIL USA, INC.                                                                    PLAINTIFF

VS.                                    CASE NO. 07-CV-1071

SR INTERNATIONAL BUSINESS INSURANCE
COMPANY LTD., ARCH REINSURANCE LIMITED,
ZURICH INSURANCE COMPANY, and
GERLING-KONZERN ALLGEMEINE
VERISICHERUNGS-AG                                                                    DEFENDANTS

## ORDER

Before the Court is a Motion for Preliminary Injunction filed by Plaintiff Murphy Oil USA, Inc. ("Murphy"). (Doc. 13). Separate Defendant SRI has responded. (Doc. 23). The Court finds the matter ripe for consideration. For reasons discussed in the Memorandum Opinion of even date, the Plaintiff's Motion for Preliminary Injunction is **DENIED**.

**IT IS SO ORDERED**, this 20th day of September, 2007.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge