IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MURPHY OIL USA, INC.                                                                    PLAINTIFF

VS.                                          CASE NO. 07-CV-1071

SR INTERNATIONAL BUSINESS INSURANCE
COMPANY LTD., ARCH REINSURANCE LIMITED,
ZURICH INSURANCE COMPANY, and
GERLING-KONZERN ALLGEMEINE
VERISICHERUNGS-AG                                                                    DEFENDANTS

# ORDER

On September 27, 2007, Plaintiff notified this Court of the issuance of an order dated September 21, 2007, by the Honorable Mr. Justice Christopher Clarke in the English High Court of Justice, Queen's Bench Division, which, *inter alia*, restrains Plaintiff from taking any further steps in the present action or risk contempt proceedings. Thus, the High Court Order prohibits Plaintiff from taking further action in this matter until such time as the arbitration has ended or the Order of the High Court has been amended. Accordingly, this case is hereby terminated. The case may be returned to the Court's active docket upon the filing of a motion by either party.

**IT IS SO ORDERED**, this 12th day of August, 2008.

                                                      /s/ Harry F. Barnes
                                                  Hon. Harry F. Barnes
                                                  United States District Judge